THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-5181
    Email: Gavin.Greene@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Petitioner,<br><br>　　vs.<br><br>JOEL PASNO,<br><br>　　Respondent. | Case No. CV08-00605 R(JCRx)<br><br>[PROPOSED]<br>ORDER TO SHOW CAUSE |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service (IRS) summons. *See United States v. Powell*, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also Crystal v. United States*, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); *United States v. Jose*, 131 F.3d 1325, 1327 (9th Cir. 1997); *see also Fortney v. United States*, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the sworn

1 | declaration of the IRS agent who issued the summons); *accord United States v.*
2 | *Gilleran*, 992 F.2d 232, 233 (9th Cir. 1993).
3 |      Therefore, **IT IS ORDERED** that Respondent appear before this District
4 | Court of the United States for the Central District of California, at the following
5 | address on specified dated and time, and show cause why the testimony and
6 | production of books, papers, records, and other data demanded in the subject IRS
7 | summons should not be compelled:
8 | Date:         Monday, <u>March 10, 2008</u>
9 | Time:        10:00 AM
10 | Courtroom:   8
11 | Address:     ☒ United States Courthouse
12 |                312 North Spring Street, Los Angeles, California, 90012
13 |                ☐ Roybal Federal Building and United States Courthouse
14 |                255 E. Temple Street, Los Angeles, California, 90012
15 |                ☐ Ronald Reagan Federal Building and United States Courthouse
16 |                411 West Fourth Street, Santa Ana, California, 92701
17 |                ☐ Brown Federal Building and United States Courthouse
18 |                3470 Twelfth Street, Riverside, California, 92501
19 |
20 |      **IT IS FURTHER ORDERED** that copies of the following documents be served
21 | on Respondent by personal delivery or certified mail:
22 |   1. This Order; and
23 |   2. The Petition, Memorandum of Points and Authorities, and accompanying
24 |      Declaration.
25 | Service may be made by any employee of the IRS or the United States Attorney's
26 | Office.
27 |      **IT IS FURTHER ORDERED** that within ten (10) days after service upon
28 | Respondent of the herein described documents, Respondent shall file and serve a

written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: Jan. 31, 2008

U.S. DISTRICT COURT JUDGE

Respectfully submitted,
THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America